**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00113-CV

**RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellants**

**V.**

**BANK MIDWEST, N.A., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

We **GRANT** appellants' April 25, 2014 motion to extend time to file reply brief and **ORDER** the brief be filed no later than June 2, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE